UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.　　　　　　　　　　　　　　　　　　　　　　　CASE NO. 8:04-CR-570-T-EAK-EAJ

VICTOR JOHNSON
_____/

**ORDER**

This cause comes before the Court on the defendant's motion for an initial brief and motion for appointment of counsel (Docs. 201 and 202). The Court has reviewed the motion for initial brief and response and finds it completely incomprehensible. The motion rambles on but makes no clear statement upon which the Court could act, for instance he refers to a motion for rehearing which was never filed in this Court. The defendant continues to file frivolous or incomprehensible motions which have all been denied and all appeals have been unsuccessful. The motion for counsel is not well-taken. Accordingly, it is.

**ORDERED** that defendant's motion for an initial brief and motion for appointment of counsel (Docs. 201 and 202) be **denied.**

**DONE AND ORDERED** in Chambers in Tampa, Florida this 13th day of December, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record